UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ROSE FIORENZA,

                      Plaintiff(s),

    -against-

FREMONT INVESTMENT & LOAN, HSBC BANK U.S.A., NATIONAL ASSOCIATION, AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC. ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2006-FM2, and GRACE M. PELLEGRINO, d/b/a GMP FINANCIAL SERVICES,

                      Defendant(s).

**NOTICE OF APPEARANCE**

Index No.: 08-CV-0858 (ADS) (ETB)

**COUNSEL:**

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Defendant Fremont Investment & Loan in the within action and demands that all pleadings and documents in this action be served upon the undersigned at the office and post office address stated below.

Dated:    Tarrytown, New York
            March 6, 2008

                                          Yours, etc.,
                                          **KNUCKLES & KOMOSINSKI, P.C.**

                                          By:_____
                                          KENNETH J. FLICKINGER, ESQ. (KJ-1179)
                                          Attorneys for Defendant
                                          FREMONT INVESTMENT & LOAN
                                          220 White Plains Road, 6th Floor
                                          Tarrytown, NY 10951
                                          (914) 220-0155

TO: DAVID M. HARRISON, ESQ.
    Attorney for Plaintiff
    48 Willoughby Street
    Brooklyn, NY 11201
    (718) 243-2109