UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ROSE FIORENZA,

                  Plaintiff(s),

       -against-

FREMONT INVESTMENT & LOAN, HSBC BANK U.S.A., NATIONAL ASSOCIATION, AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC. ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2006-FM2, and GRACE M. PELLEGRINO, d/b/a GMP FINANCIAL SERVICES,

                  Defendant(s).

**CORPORATE DISCLOSURE STATEMENT**

**Index No.: 08-CV-0858 (DF) (SAS)**

      This Corporate Disclosure Statement is filed on behalf of Fremont Investment & Loan, in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure, as nongovernmental corporate parties to an action in the Southern District of New York as captioned above, a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

      **The filing parties hereby declare as follows:**

          1)    Fremont Investment & Loan states that Fremont General Corporation owns 100% of the stock of Fremont Investment & Loan.

      **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated:   Tarrytown, New York
         March 6, 2008

>Yours, etc.,
>**KNUCKLES & KOMOSINSKI, P.C.**
>
>By: _____
>KENNETH J. FLICKINGER, ESQ. (KJ1179)
>Attorneys for Defendant
>FREMONT INVESTMENT & LOAN
>220 White Plains Road, 6th Floor
>Tarrytown, NY 10951
>Telephone: (914) 220-0155
>Facsimile: (914) 366-0080

TO: DAVID M. HARRISON, ESQ.
    Attorney for Plaintiff
    48 Willoughby Street
    Brooklyn, NY 11201
    (718) 243-2109