# KNUCKLES & KOMOSINSKI, P.C.
ATTORNEYS AT LAW
220 WHITE PLAINS ROAD, 6TH FLOOR
TARRYTOWN, NEW YORK 10591
(914) 220-0155
FAX: (914) 366-0080

**MARK R. KNUCKLES**
**RICHARD F. KOMOSINSKI**

KAREN B. OLSON*
KENNETH J. FLICKINGER
JORDAN J. MANFRO

* ALSO ADMITTED IN NEW JERSEY

March 6, 2008

**VIA ELECTRONIC CASE FILING**
Hon. Judge Shira A. Scheindlin
United States District Court
Southern District of New York

Re:   Fiorenza v. Fremont Investment & Loan, et al.
      Case No.: 08-CV-0858

Dear Judge Scheindlin:

Please be advised that this firm represents defendant Fremont Investment & Loan in the above-referenced matter.

Please allow this correspondence to serve as an application for an Order enlarging Fremont's time to respond to the complaint in the instant action until March 21, 2008. The undersigned has spoken with counsel for Plaintiff and has obtained his consent to the requested enlargement.

Please do not hesitate to contact the undersigned if you have any concerns.

Respectfully Yours,
Knuckles & Komosinski, P.C.

Kenneth J. Flickinger, Esq. (KJ-1179)

cc.:  DAVID M. HARRISON, ESQ.
      Attorney for Plaintiff
      48 Willoughby Street
      Brooklyn, NY 11201
      (718) 243-2109