# KNUCKLES & KOMOSINSKI, P.C.

ATTORNEYS AT LAW
220 WHITE PLAINS ROAD, 6TH FLOOR
TARRYTOWN, NEW YORK 10591
(914) 220-0155
FAX: (914) 366-0080

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2008

MARK R. KNUCKLES
RICHARD F. KOMOSINSKI

KAREN B. OLSON*
KENNETH J. FLICKINGER
JORDAN J. MANFRO

* ALSO ADMITTED IN NEW JERSEY

March 21, 2008

**VIA FACSIMILE**
Hon. Judge Shira A. Scheindlin
United States District Court
Southern District of New York
Fax: (212) 805-7920

Re: Fiorenza v. Fremont Investment & Loan, et al.
Case No.: 08-CV-0858

Dear Judge Scheindlin:                   MEMO ENDORSED

Please allow this correspondence to serve as an application for an Order enlarging Fremont's time to respond to the complaint in the instant action until April 4, 2008. The undersigned previously made one request on behalf of Defendant Fremont Investment & Loan for a two week enlargement of time to respond to the Complaint, which was granted with Plaintiff's consent.

The undersigned has very recently discovered that this firm has also been representing the current holder of the mortgage that is the subject of this action, HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc. Asset-Backed Certificates Series 2006-FM2, in an action to foreclose the subject mortgage. Upon discovery of this potential conflict the undersigned contacted both Fremont and HSBC seeking conflict waivers. There has yet been no response from either entity regarding a waiver.

The undersigned has attempted to contact Plaintiff's counsel regarding this matter and the request for an enlargement of two additional weeks in this matter without success. The undersigned did leave a message with Plaintiff's counsel's voicemail, and has copied Plaintiff's counsel on this correspondence.

Based upon the foregoing, the undersigned respectfully requests an enlargement of time to respond to the complaint until April 4, 2008.

Please do not hesitate to contact the undersigned if you have any concerns.

*Request granted. Defendant Fremont may have until April 4 to respond to the Complaint. So Ordered. [signature] USDJ 3/21/08*

Fiorenza v. Fremont Investment & Loan, et al.
Case No.: 08-CV-0858
March 21, 2008
Page 2 of 2

Respectfully Yours,
Knuckles & Komosinski, P.C.

Kenneth J. Flickinger, Esq. (KJ-1179)

cc.: DAVID M. HARRISON, ESQ.
Attorney for Plaintiff
48 Willoughby Street
Brooklyn, NY 11201
Via Fax: (718) 243-2444

TOTAL P.03