USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/08

```
UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------x

MARIA ROSE FIORENZA,
                                          STIPULATION OF
                                          EXTENSION OF TIME
                    Plaintiff,            TO ANSWER

      - against -                         Civil Action No:
                                          08 CV 0858
FREMONT INVESTMENT & LOAN, HSBC
BANK USA, NATIONAL ASSOCIATION, AS
TRUSTEE FOR NOMURA HOME EQUITY            JUDGE SCHEINDLIN
LOAN, INC. ASSET-BACKED
CERTIFICATES SERIES 2006-FM2 and          So ordered:
GRACE M. PELLIGRINO, D/B/A GMP
FINANCIAL SERVICES,
                                          _____
                                          Judge Scheindlin USDJ
                    Defendant(s).         4/16/08

x------------------------------------x
```

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorney of record for Plaintiff and Defendant GRACE M. PELLIGRINO, D/B/A GMP FINANCIAL SERVICES in the above-entitled action, that Defendant GRACE M. PELLIGRINO, D/B/A GMP FINANCIAL SERVICES time to answer or otherwise move is extended to June 16, 2008.

Dated:   Garden City, New York
         April 16, 2008

_____            _____
STEVEN W. STUTMAN, ESQ.(SS-8185)       DAVID M. HARRISON, ESQ. (DH-6188)
Attorney for Defendant                 Attorney for Plaintiff
MARIA ROSE FIORENZA                    MARIA ROSE FIORENZA
500 Old Country Road, Ste. 105         48 Willoughby Street Brooklyn,
Garden City, New York 11530            New York 11201
(516)308-7329                          (718)243-2109