UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ROSE FIORENZA,

                        Plaintiff(s),              NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)

-against-

FREMONT INVESTMENT & LOAN, HSBC BANK U.S.A., NATIONAL ASSOCIATION, AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC. ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2006-FM2, and GRACE M. PELLEGRINO, d/b/a GMP FINANCIAL SERVICES,

                        Case No.: 08-CV-0858 (DF) (SAS)

                        Defendant(s).

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF WESTCHESTER    )

      Defendants, FREMONT INVESTMENT & LOAN and HSBC BANK U.S.A. NATIONAL ASSOCIATION, AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2006-FM2, by and through their attorneys, KNUCKLES & KOMOSINSKI, P.C., hereby move this Court for (a) an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing Plaintiffs' Complaint as against these moving defendants for lack of subject matter jurisdiction (b) an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted and (c) such other and further relief as this Court deems just and proper.

Dated: Tarrytown, New York
April 24, 2008

Yours, etc.,
**KNUCKLES & KOMOSINSKI, P.C.**

By: _____
KENNETH J. FLICKINGER, ESQ. (KJ-1179)
Attorneys for Defendants
FREMONT INVESTMENT & LOAN and HSBC BANK U.S.A. NATIONAL ASSOCIATION, AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2006-FM2
220 White Plains Road, 6th Floor
Tarrytown, NY 10951
Telephone: (914) 220-0155
Facsimile: (914) 366-0080

To: DAVID M. HARRISON, ESQ.
Attorney for Plaintiff
48 Willoughby Street
Brooklyn, NY 11201
(718) 243-2109

STEVEN W. STUTMAN
500 Old Country Road
Suite 105
Garden City, NY 11530