Case 1:08-cv-00858-SAS    Document 20    Filed 05/22/2008    Page 1 of 2

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN DISTRICT | DISTRICT OF | NEW YORK |

MARIA ROSE FIORENZA

V.

FREMONT INVESTMENT & LOAN, HSBC BANK USA, NATIONAL

**APPEARANCE**

Case Number: 08 CV 0858

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
GRACE M. PELLIGRINO, D/B/A GMP FINANCIAL SERVICES

I certify that I am admitted to practice in this court.

| 5/21/2008 | [signature] |
|---|---|
| Date | Signature |

| Steven W. Stutman | SS-8185 |
|---|---|
| Print Name | Bar Number |

500 Old Country Road Suite 105
Address

| Garden City | NY | 11530 |
|---|---|---|
| City | State | Zip Code |

| (516) 408-7320 | (516) 248-1350 |
|---|---|
| Phone Number | Fax Number |