UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARIA ROSE FIORENZA,

                Plaintiff,

-against-

FREMONT INVESTMENT & LOAN,
HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
NOMURA HOME EQUITY LOAN,
INC. ASSET-BACKED CERTIFICATES
SERIES 2006-FM2, and GRACE M.
PELLEGRINO, D/B/A GMP FINANCIAL
SERVICES,

                Defendant(s).

-----------------------------------------------------------x

08 CV 858 (DF) (SAS)

**NOTICE OF**
**OF APPEAL**

**NOTICE IS HEREBY GIVEN,** that David M. Harrison, Esq., attorney for the plaintiff, MARIA ROSE FIORENZA, hereby appeals to the United States Court of Appeals for the Second Circuit, from the Order rendered by Honorable Shira A. Scheindlin, United States District Court Judge, from an Order dismissing plaintiff's above-entitled action, for a lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, entered in this action on the 20th day of June, 2008.

Dated: Brooklyn, New York
       July 21, 2008

DAVID M. HARRISON, ESQ.

By: _____
David M. Harrison, Esq. (DH 6188
Attorney for Plaintiff
Maria Rose Fiorenza
48 Willoughby Street
Brooklyn, New York 11201
(718) 243-2109

TO: **KNUCLES & KOMOSINSKI, P.C.**
Attorney for the Defendants
Fremont Investment & Loan
& HSBC Bank, U.S.A. National
Association, as Trustee for
Nomura Home Equity Loan,
Inc. Asset Backed Certificates
Series, 2006-FM2
220 White Plains Road
6th Floor
Tarrytown, New York 10591
(914) 220-0155

**STEVEN STUTMAN, ESQ.**
Attorney for the Defendant
Grace Pellegrino,
d/b/a GMP Financial Services
500 Old Country Road
Suite 105
Garden City, New York 11530
(516) 408-7320